443

**No. 60420.**—Remington Rand, Inc. *v.* United States, protest 280351–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise constitutes the usual and ordinary containers of said typewriters and are not suitable for any other use, the claim of the plaintiff was sustained.

**No. 60421.**—D. N. & E. Walter & Co. *v.* United States, protests 185909–K and 217469–K (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiff was sustained.

**No. 60422.**—W. A. Taylor & Co. *v.* United States, protest 234205–K (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of cardboard boxes which are the usual containers or coverings of the specific duty paying cognac imported therein, the claim of the plaintiff was sustained.

**No. 60423.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 262581–K (New York).

Opinion by RAO, J.   The protest was dismissed.

**No. 60424.**—S. Stern Henry & Co. and Milton L. Mintzer *v.* United States, protest 268646–K (New York).

Opinion by RAO, J.   The protest was dismissed.